225 S.E.2d 323 (1976)
290 N.C. 94
Richard HOWARD and A. C. Goines et al., t/d/b/a Kings Drive Partnership Fund, a limited partnership
v.
Francis H. FAIRLEY et al.
Supreme Court of North Carolina.
June 1, 1976.
James, Williams, McElroy & Diehl, for plaintiffs.
Golding, Crews, Meekins, Gordon & Gray, Grier, Parker, Poe, Thompson, Bernstein, Gage & Preston, for defendants.
Petition by plaintiffs for discretionary review under GS 7A-31, 28 N.C.App. 670, 222 S.E.2d 913. Denied.